UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No. **96-17399 BKC RAM**
Chapter **7**

**RICH INTERNATIONAL AIRWAYS, INC.**

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

   Applicant, _____**Inquest Services, Inc.**_____,
applies to this court for entry of an order directing the clerk of the court to remit to the
applicant the sum of $ **5,981.02**___, said funds having been deposited into the Treasury
of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name
of **Barfield, Inc.**_____. Applicant further states that:

(Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S.
Bankruptcy Court Clerk" under whose name these funds were deposited and states
that no other application for this claim has been submitted by or at the request of
this applicant. If funds were deposited in the names of both husband and wife, both
must sign this application, or if one spouse is requesting release of funds in the
name of that spouse only, applicant must attach a notarized affidavit stating why the
funds should be released to only one spouse and not in the name of both. Also
attached is a copy of an official government photo id of applicant to prove
applicant's identity.

___ Applicant is either a family member or other authorized personal representative
of an incapacitated or deceased individual in whose name funds were deposited or
a successor in interest to the individual or business under whose name the funds
were deposited. **An original "power of attorney" conforming to the Official
Bankruptcy Form and/or other supporting documents, including probate
documents which indicate applicant's entitlement to this claim are attached
and made a part of this application.** Also attached is a copy of an official
government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or corporation
listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

| FINANCIAL OFFICE REVIEW | | | |
|---|---|---|---|
| Application Received | Initials: *H* Date: 9/20/07 | | |
| Payment Approved | Initials: *H* Date: 9/24/07 | | |
| Forwarded to Judge | Initials: *H* Date: 9/24/07 | | |
| Accounting Code | 6047BK | | |

LF-27 (rev. 07/17/07)    Page 1 of 3

whose name these funds were deposited.  Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant.  **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

**X**  Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court.  **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____  Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation.  Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds.  Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

__  Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation.  Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.      Applicant has made sufficient inquiry and  has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.      Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated:  9/19/07

**Barfield, Inc.**
Name Under Which Funds Were Deposited

_Scheduled_
Claim Number
**Barfield, Inc.**
Name of  Party On Whose Behalf
Application Was Filed*

Address: P.O. Box 025367

_____ Miami, FL 33102 _____

_____

Signature of Applicant
(Note: In addition to signing, complete all
 information below)

Last Four Digits of SS# _____

Tax ID (EIN #) **4846** _____

_Jairo A. Camargo/ President_
Print Name and Title of Applicant

**INQUEST SERVICES, INC.**
Print Company Name
**P.O. Box 660584**
Print Street Address

**Miami, FL 33266**
Print City and State

**(305) 303-1458**
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on  9/19/2007

_____
NOTARY PUBLIC, AT LARGE
STATE OF  Florida _____

Oslenys B. Alba
COMMISSION # DD665304
EXPIRES: MAY 13, 2011
WWW.AARONNOTARY.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No. **96-17399 BKC RAM**
Chapter 7

**RICH INTERNATIONAL AIRWAYS, INC.**

_____ Debtor _____/

### AFFIDAVIT OF CLAIMANT

I, **Lonnie O. Gatewood** _____ , am (indicate status of claimant)

(   ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to **Inquest Services, Inc.** _____ , a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(   ) the  duly authorized representative for the claimant "business" _____ _____ ; or

(   ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to **Inquest Services, Inc.**, a "funds locator" or attorney, to submit an application on my behalf; or

(   ) the debtor claiming funds deposited in the name of the in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( **X** ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney) who has granted a power of attorney to   **Inquest Services, Inc.**   a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ **5,981.02** deposited in this court in the name of **Barfield, Inc.** _____ and representing claim number **Scheduled** _____ (if no claim was filed write "scheduled" in blank space).

2.  Claimant History:  Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds.  Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant.  Also attach a copy of an official government photo id to prove your identity.

LF-28 (rev. 07/17/07)                    Page 1 of  2

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: _9/19/07_

signature of claimant or representative of "business" claimant

Lonnie O. Gatewood
print name

Director of Accounting
title

6588
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport"

4101 NW 29th Street, Miami, FL 33142
address

(305) 894-5380
Phone number

signature of joint debtor (if applicable)

print name

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport"

Sworn to and Subscribed before me on __9/19/07__ .

NOTARY PUBLIC, AT LARGE

STATE OF __Florida__

Jairo A. Camargo
Commission # DD264664
Expires: Nov. 4, 2007
Aaron Notary
1-800-350-5161

LF-28 (rev. 07/17/07)                    Page 2 of 2

## CORPORATE LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS,** that I,

**Lonnie O. Gatewood ,** Director of Accounting of **Barfield, Inc.** acting on its behalf hereby state that as such, I am **Barfield, Inc.'s** lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds belonging to **Barfield, Inc.** or any of its entities or predecessors, held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed  this _19th_ day of _Sept_ , 2007.

Affix Corporate Seal

By _(signature)_
_____
Lonnie O. Gatewood

State of _Florida_  County of _Miami-Dade_

The above named _Lonnie O. Gatewood_ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____
Notary Public

(Notary Seal)                My commission expires:_____

Jairo A. Camargo
Commission # DD264664
Expires: Nov. 4, 2007
Aaron Notary
1-800-350-5161

## LIMITED POWER OF ATTORNEY
### (For one transaction only)

       **I, Lonnie O. Gatewood, Director of Accounting of Barfield, Inc.,** do hereby grant to *INQUEST SERVICES, Inc.,* my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

  To reclaim, recover, and return unclaimed funds in the amount of **$5,981.02** only.

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

I do hereby certify that the foregoing is true and correct.

_____
               Signature

================================================================

## NOTARY ACKNOWLEDGEMENT

State of ~~FLORIDA~~ County of ~~MIAMI-DADE~~

SUBSCRIBED AND SWORN on the __19th__ day of __Sept__, 20 __07__ before me, personally appeared ___Lonnie Gatewood___, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgement to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** __FL DL__

WITNESS my hand and official seal,

Signature_____
          Notary Public                       My commission expires:

Jairo A. Camargo
Commission # DD264664
Expires: Nov. 4, 2007
Aaron Notary
1-800-350-5161





**Lonnie O. Gatewood**
*VP-Accounting, Banking & Taxes*
4101 NW 29th Street • Miami, FL 33142
(305) 876-1669 • Fax: (305) 876-1682
E-mail: lonnie.gatewood@barfield.eads.net•www.barfield.eads.net
MIAMI, FL • PHOENIX, AZ



*a Sabena technics company*

T A T   G R O U P

**REMIT TO ADDRESS**
**P.O. BOX 931565**
**ATLANTA, GA   31193-1565**

**SHIPPING ADDRESS**                    **MAILING ADDRESS**
4101 N.W. 29th STREET                   P.O. Box 025367
MIAMI, FL 33142                         MIAMI, FL 33102-5367

                                        Sent by:_____
**FAX MESSAGE**                          DATE:_____

For your information below please find the information
pertaining to our bank accounts:

**Mailing Address**                     

Barfield, Inc.
P.O. BOX 025367
Miami, FL. 33102-5367

**All banking charges are for the customers' account.**

Sincerely,

*[signature]*

ADELAIDE B. SMITH



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

| Previous on List | Next on List | Return To List | |
| Events | Name History | | Entity Name Search |

# Detail by Entity Name

## Florida Profit Corporation

BARFIELD, INC.

## Filing Information

| | |
|---|---|
| **Document Number** | 149070 |
| **FEI Number** | 590556588 |
| **Date Filed** | 10/31/1946 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/14/2007 |
| **Event Effective Date** | NONE |

## Principal Address

4101 N.W. 29TH STREET
MIAMI FL 33142

Changed 03/03/2000

## Mailing Address

4101 N.W. 29TH STREET
MIAMI FL 33142

Changed 03/03/2000

## Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

Name Changed: 07/15/2004

Address Changed: 07/15/2004

## Officer/Director Detail

**Name & Address**

Title COO

DENISE, FREDERIC
4101 N W 29TH ST
MIAMI FL 33142

Title SV

AIMARD, LAURENT
4101 NW 29 ST.
MIAMI FL 33142

Title SV

BUTLER, BENJAMIN A
98711 SW 105 COURT
MIAMI FL 33176

Title V

BERNARDO, RAQUEL
4101 NW 29 ST.
MIAMI FL 33142

Title SV

ROGERS, JOHN
7757 NW 25 ST.
MARGATE FL 33063

Title SV

IMPARATO, ANYHONY
4101 NW 29 ST
MIAMI FL 33142

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| **2005** | 05/02/2005 |
| **2006** | 06/28/2006 |
| **2006** | 06/29/2006 |

## Document Images

01/12/2007 -- Amended/Restated Article/NC

06/29/2006 -- ANNUAL REPORT

06/28/2006 -- ANNUAL REPORT

05/02/2005 -- ANNUAL REPORT

07/15/2004 -- Reg. Agent Change

03/03/2004 -- ANNUAL REPORT

01/24/2003 -- ANNUAL REPORT

06/04/2002 -- Name Change

02/21/2002 -- ANNUAL REPORT

12/27/2001 -- Merger

02/27/2001 -- ANNUAL REPORT

03/03/2000 -- ANNUAL REPORT

02/25/1999 -- ANNUAL REPORT

04/02/1998 -- ANNUAL REPORT

02/19/1997 -- ANNUAL REPORT

03/06/1996 -- ANNUAL REPORT

02/27/1995 -- ANNUAL REPORT

**Note:** This is not official record. See documents if question or conflict.