UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 96-17399-BKC-RAM
                                                Chapter 11

RICH INTERNATIONAL AIRWAYS

_____Debtor_____/

**APPLICATION TO WITHDRAW UNCLAIMED FUNDS**

Applicant, __John VEGA__,
applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $__4365.55__, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of __JUAN VEGA__. Applicant further states that:

1.      (Indicate one of the following items:)

   __X__ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

LF-27 (rev. 07/17/07)                Page 1 of 3

| FINANCIAL OFFICE REVIEW | | |
|---|---|---|
| Application Received | Date: 10/15/07 | Initials: W |
| Payment Approved | Date: 10/16/07 | Initials: J |
| Forwarded to Judge | Date: 10/16/07 | Initials: J |
| Accounting Code | | 60 4F7 BK |

whose name these funds were deposited.  Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant.  **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court.  **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation.  Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds.  Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: Sept 21, 2007

JUAN VEGA
Name Under Which Funds Were Deposited

675
Claim Number

96-17399-BKC-RAM
Name of Party On Whose Behalf Application Was Filed*

Address: 1525 CHAPIN AVE
BURLINGAME CA
94010

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# 5304

Tax ID (EIN #)

John VEGA
Print Name and Title of Applicant

Print Company Name
1525 CHAPIN AVE BURLINGAME CA 94010
Print Street Address

BURLINGAME CA
Print City and State

(650) 533-0742
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on Sept. 21, 2007

Janet M. Aguilera
NOTARY PUBLIC, AT LARGE
STATE OF California

JANET M. AGUILERA
Commission # 1781939
Notary Public - California
San Mateo County
My Comm. Expires Jun 19, 2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                          Case No. 96-17399 -BKC-RAM
                                Chapter 11

RICH INTERNATIONAL AIRWAYS
_____ /

**AFFIDAVIT OF CLAIMANT**

I, __John Vega_____, am (indicate status of claimant)

(X) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____,
a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____
_____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ __4,365.52__ deposited in this court in the name of ___JUAN VEGA___ and representing claim number ___675___ (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of

ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 9-21-2007

_____
signature of claimant or representative of "business" claimant

John VEGA
print name

_____
title

5304
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

1525 CHAPIN AVE, BURLINGAME CA 94010
address

(650) 533-0742
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me on Sept. 21, 2007

Janet M. Aguilera
NOTARY PUBLIC, AT LARGE

STATE OF California



JANET M. AGUILERA
Commission # 1751939
Notary Public - California
San Mateo County
My Comm. Expires Jun 19, 2011

```
                CALIFORNIA DEPARTMENT OF MOTOR VEHICLES
                        ***CUSTOMER RECEIPT COPY***
                       DRIVER LICENSE/IDENTIFICATION CARD
                              INFORMATION REQUEST
                                    10/05/07
DAD99933593H6C4347839
DATE:10-05-07 TIME:14:32*
    DL/NO:C4347839*B/D:08-27-1963 NAME:VEGA JONN J*
    ADDR AS OF 05-04-07:1525 CHAPIN AVE, BURLINGAME 94010*CC:41*
    OTH/ADDR AS OF 01-08-98:440 RICHMOND DR APT 1, MILLBRAE *
    AKA:R JUAN JOSE VEGA,VEGA JUAN JOSE R,RODRIGUEZ JUAN JOSE VEGA*

    PULL NOTICE:NONE*

    P&M CODE:NONE*

    REVIEW DT:NONE*

    COMMENT:
      NO:MM PURGE:06-11 5100627912125 W CHESTNUT 207
      GLENDALE       CA91204000051006279IC95004 *
      NO:MM PURGE:07-15 5930728952440 RICHMOND DR APT 1
      MILLBRAE       CA94030116859307289524505I *
      NO:MM PURGE:11-16 5991115963440 RICHMOND DR APT 1
      MILLBRAE       CA94030115359911I596H25038 *

      NO:MM PURGE:01-18 5990108983440 RICHMOND DR APT 1
      MILLBRAE       CA94030109859901089805500G *
      NO:1G PURGE:11-07 R48/ACC 072103/CSAA INS CO/017X85475/112603
                                    *
      NO:2G PURGE:05-08 GLW/ACC 042204/CSAA/01AE17284/052104
                                    *

    ARREST REPORT SUBRECORD: NONE*

    STATUS:
    ID CARD MLD:08-16-05 EXP:08-27-10 APP:08-05-05 OFF:SNM*

    LIC/ISS:07-16-04 LIC/MLD:05-16-07 EXP:08-27-09
    RESTR:NONE*
    CLASS:C NON-COMMERCIAL*ENDORSEMENTS:NONE*
    HEALTH QUESTIONNAIRE EXPIRES:NONE*
    PREV LIC:CL C NON-COMML EXP/BD:04*CERT:NONE*
    LATEST APP:DUP WITH PRIOR PHOTO*ISS/DATE:05-04-07 OFF:SNM*BATES:POL*
       PHOTO DATE:08-05-05 OFC:SNM*
    ORGAN AND TISSUE DONOR:NO  UPDATED:05-04-07*
    PHOTO INFO:
       :D- DL AND ID PHOTO ON VENDOR FILE*
    LEGAL HISTORY:
```

| HNG/<br>ACTION | RSN | HNG/MAIL<br>DATE | MOD/EFF<br>DATE | LOC&RSLT/<br>AUTH SEC | THRU<br>DATE | SERV ORD/<br>BRIEF | COR<br>ORD | CC |
|---|---|---|---|---|---|---|---|---|
| N/O W/L | | 12-11-01 | | | | | | |
| FR-SUSP | 941 | 10-24-03 | 11-23-03 | 16004A | | S:A/10-24-03 | | 41 |
| ACT-TERM | | | 11-23-03 | 13551 | | B: /11-26-03 | | |
| * | | | | SET ASIDE | | FR#:03-05-16598 | | |
| FR-SUSP | 946 | 10-24-03 | 11-23-03 | 16070 | | S:A/10-24-03 | | 41 |

```
ACT-TERM          11-23-03  13551                  B: /11-26-03
 *                         SET ASIDE               FR#:03-05-16598

ABSTRACTS:

 VIOL DT    CONV DT    SEC VIOL      DISP   COURT   DOCKET    VEH LIC    R/C FTP

 12-23-98   02-08-99   22350   VC     B     41420   950064    2NMG051
 DMV POINT COUNT: 1
 UPDATED:06-23-99

 09-07-01   12-10-01   22100B  VC     C     41420   060556    4S04904
 DMV POINT COUNT: 1
 UPDATED:12-11-01

 10-08-01   11-20-01   21453C  VC     C     41420   065653    4S04904
 DMV POINT COUNT: 1
 UPDATED:11-26-01

 12-07-04   11-01-05   4000A   VC     C     41420   182737    2DGL727      X
 *                     40508A  VC
 DMV POINT COUNT: 0
 UPDATED:11-15-05
 FTP:NONE*
 FTA:NONE*
 ACCIDENTS:

 DATE/TIME      LOCATION              VEH LIC   ARC   REPORT NO    FR CASE NO
 07-21-03  99   BURLINGAME            6T21437                      03-05-16598
 UPDATED:  09-25-03                                                REPT CODE: 6
 04-22-04  99   BURLINGAME                                         04-03-07814
 UPDATED:  05-21-04                                                REPT CODE: 1

 * * * END * * *


              593 100507 37 0011 VIR  $     5.00
```