UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Rich International Airways, Inc.

Case No. 96-17399-BKC-RAM
Chapter 11

_____Debtor_____/

JUN 1 6 2009

APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant,_____The Locator Services Group, Ltd._____ applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $2,400.00 said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of Robert S. Couban. Applicant further states that:

1.      (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this claimant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting the release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form Affidavit of Claimant (LF-28) and duly executed corporate power of attorney are attached and made part of this application.**

_X_ Applicant is an attorney or a "funds locator" who has been retained by individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney ", conforming to the Official Bankruptcy Form and a Local Form Affidavit of Claimant (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: Friday, June 12, 2009

Robert S. Couban
Name Under which Funds Were Deposited

935
Claim Number

Jean M. Couban
Name of Party On Whose Behalf
Application was Filed*

Address: Jean M. Couban

170 Brookfield Crescent

Oakville, ON, Canada L6K1A9

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# xxx-xx-4610
Robert S. Couban: SS# xxx-xx-8846

Tax ID (EIN #) 04-323-9149

Kim Sawyer, General Counsel
*Print Name and Title of Applicant
The Locator Services Group, Ltd.
Print Company Name
316 Newbury Street, Suite 32
Print Street Address
Boston, MA  02115
Print City and State
(617) 859-0600
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on June 12, 2009

Nancy P. Jordan
NOTARY PUBLIC, AT LARGE
STATE OF MASSACHUSETTS
commission expires 7/25/2014

LF-27 (rev.06/2/08)                    Page 3 of 3

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No.    96-17399-BKC-RAM
                                                Chapter     11
Rich International Airways, Inc.

_____Debtor_____/

### AFFIDAVIT OF CLAIMANT

I, __Jean M. Couban_____, am (indicate status of claimant):

( X ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _The Locator Services Group Ltd_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(  ) the duly authorized representative for the claimant "business" _____
_____; or

(  ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $__$2,400.00____ deposited in this court in the name of _____Robert S. Couban_____ and representing claim number __935_____ (if no claim was filed write "scheduled" in blank space).

  2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of

LF-28 (rev. 06/02/08)              Page 1 of 2

[Notary Public seal - Ontario]

ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: *June 5, 2009*

*Jean M. Couban*
signature of claimant or representative of "business" claimant

Jean M. Couban
print name

Surviving Spouse and Sole Beneficiary
title

xxx-xx-4610 & Robert S. Couban (husband) xxx-xx-8846
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo
id such as a driver's license or passport)

170 Brookfield Crescent, Oakville ON, Canada L6K1A9
address

905-338-7946
Phone number

N/A
signature of joint debtor (if applicable)

N/A *Jean Couban*
print name

N/A    4610
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo
id such as a driver's license or passport)

Sworn to and subscribed before me
on: *June 5, 2009*.

*[signature]*
NOTARY PUBLIC, AT LARGE   *C. Goldsmith*
~~STATE~~ Province OF *Ontario*.

LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

Robert S. Couban appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as his/her lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Robert S. Couban in the amount of $2,400.00.

Robert S. Couban grants his/her attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due Robert S. Couban. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of Robert S. Couban.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Robert S. Couban.

Signed this __6__ day of __May__, 200_9_.

By: _Jean M Couban_    Tax ID No. ___xxx-xx-8846___
~~Robert S.~~ Couban    (Required for identification purposes)
Jean M.    TAX ID NO   4610

Province
~~State~~ of ___Ontario___
Regional Municipality
~~County~~ of ___Halton___

Before me ___Jean M. ~~Robert S.~~ Couban___ personally appeared and acknowledged to me that he/she is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: _____    NOTARY SEAL

My Commission Expires: ___does not expire___

TLSG Reference Number: 130Couban





# Certificate of Marriage

**This is to Certify,** that ___Robert Stephen Couban___

of ___Miami___ and State of ___Florida___,

and ___Jean Marie Murphy___ of

___Miami___ and State of ___Florida___

were by me united in

## The Holy Estate of Matrimony

at Miami, Dade County, Florida, on the ___Twenty-Eighth___ day of ___November___, A. D., 19 ___67___.

**In Witness Whereof,** I have hereunto set my hand and seal at Miami, Dade County, Florida, the day and year above written.

Witness:

*Jane Cooper*  
*Florence Pietrodangelo*

_M. F. Jayton_  
County Judge  
Dade County, Florida



Ontario
Office of the Registrar General
Bureau du registraire général

Certified A True Photostatic Print of a Record

Photocopie certifiée conforme d'un document

on file at the Office of the Registrar General Ontario, Canada

se trouvant dans les dossiers du Bureau du registraire général (Ontario) Canada

Registration Number: 2002 058156
Numéro d'enregistrement:

Certificate number: A 755345
Numéro du certificat:

Date issued: Nov 12 2002
Date de délivrance:

File number: 02369523-02-5
Numéro de dossier:

---

Ministry of Consumer and Commercial Relations
Office of the Registrar General

# Statement of death - Form 15

Note: Form 7 must be completed for stillbirths. This is a permanent record.
Please PRINT clearly in blue or black ink.

**Ontario**

Hospital code number:

### INFORMATION ABOUT THE DECEASED

1. Last name: **Couban**
2. Social insurance number (optional): 0
3. First and middle names: **Robert Stephan**
   Sex (M or F): **Male**
4. Date of death (d/m/y): **07 October 2002**
5. Date of birth (d/m/y): **12 April 1938**
6. City and province where born (if outside of Canada, state the country): **Manchester, England**
7. Age at time of death (years): **64**
8. Place of death (name of facility or location): **170 Brookfield Crescent** — [X] residence
   City, town, village or township: **Oakville**
   regional municipality, county or district: **Halton**
9. Name of physician/coroner/other who pronounced death: **Dr. Michael Keeton**
10. Marital or relationship status: [X] married
11. Last name of the deceased's spouse or partner (before this marriage or relationship): **Murphy**
12. Type of work done most of working life: **Pilot**
13. Type of business or industry that the deceased worked in most of working life: **Commercial Airlines**
14. Deceased's usual residence: **170 Brookfield Crescent, Oakville, Ontario    L6L 1A9**
15. City and province where father was born: **England**
16. Father's name (last, first): **Couban: Stephan J.**
17. City and province where mother was born: **England**
18. Mother's maiden name (last, first): **Glasford: Lillias**

### TO BE COMPLETED ONLY BY THE PERSON PROVIDING THIS INFORMATION

19. Name (last, first, middle): **Couban, Jean**
20. Relationship to deceased: **Wife**
21. Signature: X *Jean M Couban*
22. Address: **170 Brookfield Crescent, Oakville, On L6K1A9**
    Date: **08 October 2002**

### TO BE COMPLETED ONLY BY THE FUNERAL DIRECTOR OR PERSON(S) IN CHARGE OF REMAINS

23. Type of disposition: **Cremation**
24. Proposed date of disposition: **08 October 2002**
25. Name and place of disposition: **Bayview Crematorium, Burlington**
26. Name of funeral director (last, first, middle): **Terry Cooke**
27. Name of funeral home: **Kopriva Taylor Community Funeral Home**
28. Address: **64 Lakeshore Road West, Oakville L6K 1E1**
29. Signature of funeral director: X
30. Badge/code number: **167**
31. Date: **08 Oct 2002**

### TO BE COMPLETED ONLY BY THE DIVISION REGISTRAR

Name of person who issued burial permit: *Simon*
Place of issue: **OAKVILLE**
Date issued: **Oct. 8/02**

By signing below, I am satisfied that the information in the Medical certificate of death and this Statement of death is correct and sufficient and I agree to register the death.

Signature: X *Laura Brown*
Date: 11/10/02
Registration number: 357
Div. Reg. code number: 3408

---



*Judith M Hartman*
Judith M. Hartman
Deputy Registrar General
Registraire générale adjointe
de l'état civil

---CERTIFIED COPY---
NOT VALID WITHOUT ALL PAGES

11105(10/00)

43



07-0729
60

INSTR # 106850707
OR BK 43631 Pages 116 - 119
RECORDED 02/20/07 15:13:52
BROWARD COUNTY COMMISSION
DEPUTY CLERK 2090
#43, 4 Pages

# LAST WILL AND TESTAMENT

## OF

## ROBERT COUBAN

I, ROBERT COUBAN, residing at 215 West Broadway, Apartment M4, Long Beach, New York 11561, being of sound mind and memory, do hereby make, publish and declare this to be my LAST WILL AND TESTAMENT.

1. I hereby revoke any and all Wills and Codicils thereto by me at any time heretofore made.

2. I direct that all my just debts, funeral and testamentary expenses be paid as soon after my decease as is practicable.

3. I direct that all transfer, estate, inheritance, succession and other death taxes which shall become payable by reason of my death, shall be paid out of my general estate as an administration expense without apportionment, irrespective of whether assessed in respect of property owned by me at the time of my death or in respect of any other property.

4. All the rest, residue and remainder of my estate, both real and personal, of whatsoever kind and nature and wheresoever the same may be situate, of which I shall die seized or possessed, or to which I may in any way be entitled at the time of my decease, all of which is herein called my residuary estate, I give devise and bequeath to my beloved wife, JEAN COUBAN.

5. In the event that my said beloved wife, JEAN COUBAN, shall predecease me, or that we shall die simultaneously, then, in either of such events, and only in either of such events, I hereby give, devise and bequeath my entire residuary estate in equal shares to my children, BRIDGET COUBAN, RACHEL COUBAN, REBECCA BARRERAS and JONATHAN COUBAN or to the survivor of them, except that if any of my said children do not survive me, but there is any descendant of such predeceased child or children as aforesaid, then the descendant or descendants shall receive per stirpes, the share my predeceased child or children would have received if he or they had survived me.

6. I nominate, constitute and appoint my beloved wife, JEAN COUBAN, as Executrix of this my LAST WILL AND TESTAMENT, and I direct that she be permitted to qualify and act as such in any jurisdiction without the giving of a bond or other security. In the event that my said beloved wife, JEAN COUBAN, shall predecease me or shall fail to qualify or cease to act as such Executrix, then I nominate and appoint my daughter, BRIDGET COUBAN as Successor/Executrix of this my LAST WILL AND TESTAMENT and I direct that she be permitted to act as such in any jurisdiction without the giving of a bond or other security.

7. In addition to the powers granted by law, I authorize and empower my Executor(s) as follows: to have full power of sale with respect to the property contained in my estate; to retain all property owned by me at the time of my death for such length of time as my Executor(s) may determine; and to invest and reinvest the same; to make distribution in cash or in kind or partly in cash and partly in kind.

8. As used in this Will, the feminine gender shall be deemed to include the masculine wherever necessary or appropriate and the singular shall include the plural.

IN WITNESS WHEREOF, I have hereunto subscribed my name at the end of hereof and sealed these presents and do publish and declare the foregoing as and for my LAST WILL AND TESTAMENT this 9 day of August 2002.

*Robert Couban*
ROBERT COUBAN

The foregoing was subscribed, sealed and declared by ROBERT COUBAN as and for his LAST WILL AND TESTAMENT in our presence and in the presence of each of us and we at his request and in his presence and in the presence of each other have hereunto subscribed our names and residences as attesting witnesses.

*[signature] Pam Piermont* residing at 609 Monroe Blvd, Long Beach NY

*[signature]* residing at 68 W. Park Ave, Long Beach NY

*[signature] Dennis DeHosty*

[Notary Public Ontario seal]

## Affidavit of Attesting Witnesses – Made at Request

## Of Testator at Time of Execution of Will

STATE OF NEW YORK
COUNTY OF NASSAU

The undersigned, being severally duly sworn on their respective oaths, depose and say that on the 9 day of August 2002, the Testator of the attached Will, in their presence, subscribed said Will at the end thereof and at the time of making such subscription, declared the instrument so subscribed by her to be her Last Will and Testament; that they, at the request of said Testator and in her presence and in the presence of each other, thereupon witnessed the execution of said Will by said Testator by subscribing their names as witnesses thereto; that in their opinion said Testator at the time of the execution of said Will was in all respects competent to make a Will and not under any restraint; and that they make this affidavit at the request of said Testator.

_____ Witness

_____ Witness

_____

Sworn to before me this 9
day of August 2002

ROBERT A. SMITH
NOTARY PUBLIC, STATE OF NEW YORK
No. 02SM908____
Qualified in Nassau County
Term Expires Oct 31, 20__

AFFIDAVIT.WITNESS

STATE OF FLORIDA
BROWARD COUNTY
I DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on record and file in the office of the Circuit Court Clerk of Broward County, Florida, and that same is in full force and effect
WITNESS my hand and Official Seal at Fort Lauderdale, Florida, this the __ day of _____ 20__
Howard C. Forman
Deputy Clerk

# THE Vanguard GROUP

**Vanguard PRIMECAP FUND**

ROBERT S COUBAN &
JEAN M COUBAN
JT TEN WROS
C/O J PARKER
227 GARDEN COURT
LAUDERDALE BY SE FL 33308-5421

**ACCOUNT VALUE**
**$118,556.05**

FUND NUMBER                59
ACCOUNT NUMBER      ■■■7352
STATEMENT NUMBER     4911035

ACCOUNT SERVICE
CALL 1-800-662-2739

| Trade Date | Transaction Description | Dollar Amount | Share Price | Share Amount | Shares Owned |
|---|---|---|---|---|---|
|  | BALANCE AT - DEC 31, 1995 |  | 26.23 |  | 3,820.382 |
| 03/26 | ST CAP GAIN   .04 | 152.82 | 26.84 | 5.694 | 3,826.076 |
| 03/26 | LT CAP GAIN   .09 | 343.83 | 26.84 | 12.810 | 3,838.886 |
| 12/18 | INCOME DIVIDEND   .20 | 767.78 | 29.97 | 25.618 | 3,864.504 |
| 12/18 | ST CAP GAIN   .05 | 191.94 | 29.97 | 6.404 | 3,870.908 |
| 12/18 | LT CAP GAIN   .55 | 2,111.39 | 29.97 | 70.450 | 3,941.358 |
| 12/31 | ENDING BALANCE |  | 30.08 |  | 3,941.358 |

| PAID THIS CALENDAR YEAR | Income Dividends | or | Tax Exempt Income | + | Short-Term Gains | + | Long-Term Gains | = | TOTAL DISTRIBUTIONS |
|---|---|---|---|---|---|---|---|---|---|
|  | 767.78 |  |  |  | 344.76 |  | 2,455.22 |  | 3,567.76 |

THE CURRENT FUND DISTRIBUTION WAS PAYABLE ON JANUARY 2, 1997.

---

**INVEST-BY-MAIL**

Fund No.           59
Account No.   ■■■7352

ROBERT S COUBAN &
JEAN M COUBAN
JT TEN WROS
C/O J PARKER
227 GARDEN COURT
LAUDERDALE BY SE FL 33308-5421

**Vanguard PRIMECAP FUND**

PLEASE DO NOT ALTER THIS DEPOSIT SLIP.
USE ONLY FOR VANGUARD/PRIMECAP FUND

**Amount**

LIST EACH CHECK SEPARATELY AND
MAKE PAYABLE TO:
THE VANGUARD GROUP -  59

☐ Check box, if changing your address,
  and note new address on reverse side.

THE VANGUARD GROUP
PO BOX 7800
PHILADELPHIA PA   19101-9892

**Total Amount**

061227

0059     0988662735 2     30

R# 279436

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                    Case No. 96-17399-BKC-RAM
                                          Chapter 11

RICH INTERNATIONAL AIRWAYS, INC.

_____Debtor.____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE
### U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

The liquidating trustee has a balance of $29,110.00 remaining in the liquidating trustee's account which represents checks drawn and mailed to claimants holding allowed priority claims. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.

Listed below, pursuant to Bankruptcy Rule 3011, are the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 10/6/08

JAMES S. FELTMAN, Trustee
One Biscayne Tower, Suite 1800
Miami, FL 33131
(305) 416-3316

Copies to:
U.S. Trustee

In re Rich International Airways, Inc.
Case No. 96-17399-BKC-RAM
Deposit with Clerk of Unclaimed Funds

| Claimant Name | Claim Number | Amount of Distribution |
|---|---|---|
| Adawi, Jasmin M<br>4633 N. G Street<br>Philadelphia, PA 19120 | Scheduled | $235.47 |
| Amy, Luis Ulpiano<br>PO Box 173126<br>Miami, FL 33015 | Scheduled | $766.39 |
| Anagnostopoulos, Thalis<br>2862 Chapelwood Court<br>Oviedo, FL 32765 | Scheduled | $1,617.10 |
| Atlason, Atli H<br>927-16th Street<br>Miami Beach, FL 33139 | Scheduled | $221.62 |
| Balloveras, Christian<br>224 Meridian Ave<br>Miami Beach, FL 33138 | Scheduled | $270.11 |
| Becker, Michaela S<br>PO Box 453<br>Phoenixville, PA 19460 | Scheduled | $696.59 |
| Branch, Penny A<br>626 Harbour Colony<br>Redwood City, CA 94065 | Scheduled | $145.39 |
| Burg, Heather A<br>247 S. Juniper St<br>Philadelphia, PA 18107 | Scheduled | $300.26 |
| Cadigan, Lisa S<br>31 Venetian Way<br>Miami Beach, FL 33139 | Scheduled | $290.88 |
| Concepcion, Thomas C<br>277 Maynard St<br>San Francisco, CA 94112 | 1161 | $703.62 |
| Corzo, Jose L<br>1400 Braeridge Drive<br>Beverly Hills, CA 90210 | 718 | $744.40 |
| Couban, Robert S<br>227 Garden Court<br>Lauderdale by the Sea, FL 3330 | 935 | $2,400.00 |
| Dalmau, Raul A<br>2290 NW North River Dr<br>Miami, FL 33125 | Scheduled | $180.00 |
| Davis, Elizabeth L<br>8337 Manitoba St<br>Playa Del Rey, CA 90293 | Scheduled | $1,120.10 |
| Degroot, Christopher<br>202 Green Street, Garage Apt<br>Souderton, PA 18964 | 239 | $994.20 |
| Delahanty, Mark A.<br>PO Box 215<br>Essington, PA 19029 | Scheduled | $1,445.78 |

Page 1 of 4