## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Rich International Airways, Inc                Case No. 96-17399-RAM
            Chapter 11

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, <u>Rich International Airways, Inc</u>, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 430,122.63, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of <u>various creditors of the debtor(s) who failed to cash their distribution checks</u> . Applicant further states that:

1.      (Indicate one of the following items:)

____  Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant.  If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

____  Applicant is either a family member or other authorized personal representative  of an incapacitated or deceased individual in whose name funds were deposited or  a successor in interest to the individual or business under whose name the funds were deposited.  **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.**  Also attached is a copy of an official government  photo id of applicant to prove applicant's identity.

____  Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited.  Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant.  **A Local Form**

**"Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited.  Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation.  Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds.  Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

  _X_  Applicant is the ASSIGNEE OF THE DEBTOR seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.   Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.    Applicant has made sufficient inquiry and has no knowledge that this claim has

been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.    Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: May 21, 2010

Various Creditors Of The Debtor(s)
Name Under Which Funds Were Deposited

See Docket #1609, 1608, 1603, 1591, 1290, and 1263
Claim Number   Rich International Airways, Inc
c/o Omega Consulting

Name of  Party On Whose Behalf
Application Was Filed*

Address:  19501 Biscayne Blvd, Ste 400

Miami, FL 33180

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of FEIN# 1093

Tax ID (EIN #)   59-1312091

Eric Dangerfield D/B/A Omega Consulting,Owner
Print Name and Title of Applicant

Omega Consulting
Print Company Name

7706 Pinebrook Dr
Print Street Address

San Antonio, Tx 78230
Print City and State

(210) 430-0649
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on  5-21-10

NOTARY PUBLIC, AT LARGE
STATE OF _____



MORDECHAI B. HELBON
MY COMMISSION EXPIRES
June 28, 2011

# ΩMEGA
# CONSULTING

7706 Pinebrook Drive • San Antonio, Tx 78230 • Phone-(210) 430-0649 • Fax-(206) 426-1291 • omega77x7@yahoo.com

May 27, 2010

<u>Via Overnight Mail</u>
United States Bankruptcy Court
Southern District of Florida
ATTN: **CLERK OF COURT / FINANCIAL ADMINISTRATOR**
1401 Claude Pepper Federal Bldg
51 Southwest First Avenue
Miami, FL 33130

Re:    Application To Withdraw Unclaimed Funds
       Case No:              96-17399
       Debtor's Name:        Rich International Airways Inc

Dear Sirs\Madams:

I am applying to the US Bankruptcy Court, Southern District of Florida for the release of the remaining unclaimed monies in this cause as the Assignee of the Debtor.  This application is notarized, and applicant requests that such application, along with any supplemental exhibits that may be submitted, be received and considered in their entirety as evidence to support the order that should be issued without delay.

**Please note that the local form has been modified slightly to reflect that I am the Assignee of the debtor

Thank you for your attention to this matter.

Respectfully,

Eric Dangerfield
Owner and Agent of Omega Consulting