UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In Re                                         )       Case No: 96-17399-BKC-RAM
                                              )       Ch 11
Rich International Airways, Inc.              )
                                              )
         Debtor                               )

## MOTION TO APPEAR *PRO HAC VICE*

William M. Olah of the firm of Wilkinson, Goeller, Modesitt, Wilkinson & Drummy, LLP, pursuant to Local Rules 2090-1(B)(2) and 9013-1(C)(9), moves for special admission to appear in this case as counsel for Omega Consulting and states as follows:

1. Movant is an attorney licensed to practice law in the State of Indiana and has been a member in good standing of the Indiana Bar since 1978.

2. Movant is also admitted to practice before Southern District of Indiana Bankruptcy Courts and District Court, Seventh Circuit Court of Appeals, United States Supreme Court and U.S. Tax Court.

3. Movant designates Marsad Quraishi of Bice Cole Law Firm, P.L., 999 Pone De Leon Boulevard, Suite 710, Coral Gables, Florida 33134, who is qualified to practice in this court and who consents to designation as local counsel.

4. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other state nor from any United States Bankruptcy Court or Court of Appeals.

5. Movant certifies further that he is familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behaviour of members of the Florida Bar.

WHEREFORE, Movant respectfully requests entry of the attached proposed order authorizing his special admission to practice in this case.

Dated: June 25, 2010.

JUN 28 2010

Respectfully submitted,

*William M. Olah*
_____
William M. Olah
Attorney for Omega Consulting
333 Ohio Street
Terre Haute, IN 47807
Phone (812) 232-4311
Fax (812) 235-5107
WMOlah@wilkinsonlaw.com

*Marsad Quraishi*
23790

COPIES TO:

Trustee
U.S. Attorney

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In Re | ) | Case No: 96-17399-BKC-RAM |
| | ) | Ch 11 |
| Rich International Airways, Inc. | ) | |
| | ) | |
| Debtor | ) | |

## CONSENT TO ACT AS LOCAL COUNSEL

I, Marsad Quraishi, an attorney qualified to practice in this court, consent to designation as local attorney for William M. Olah and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 2090-1(B)(2).

Marsad Quraishi
Florida Bar Number 023790
Bice Cole Law Firm, P.L.
999 Ponce De Leon Blvd., Suite 710
Coral Gables, FL 33134
305-444-1225
305-446-1598

By _____

COPIES TO:

Debtor's Counsel
Trustee (if appointed)
U.S. Trustee